JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY ERIC WATERS,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>        Respondent. | Case No. 2:23-cv-06083-SB (SK)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Habeas Petition, IT IS ADJUDGED that this action is dismissed without prejudice for lack of prosecution.

DATED: September 26, 2023

_____
STANLEY BLUMENFELD, JR.
United States District Judge